No. 426. TIGHE *v.* MOORE. Supreme Court of Mississippi. Certiorari denied. *Bowman Stirling Tighe, pro se,* and *B. L. Tighe, Jr.* for petitioner.

No. 436. LOCAL UNION No. 5, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Martin F. O'Donoghue* and *Patrick C. O'Donoghue* for petitioner. *Ralph S. Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 437. SAGER GLOVE CORP. *v.* AETNA INSURANCE CORP. ET AL. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Donald N. Clausen* and *John P. Gorman* for respondents.

No. 438. SAC AND FOX TRIBE OF INDIANS OF OKLAHOMA ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *George B. Pletsch, Stanford Clinton, Lawrence C. Mills* and *Louis L. Rochmes* for petitioners. *Solicitor General Cox, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 441. ROYER ET AL. *v.* BOARD OF ELECTION SUPERVISORS FOR CECIL COUNTY, MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Fred E. Weisgal* for petitioners.